

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-24-2009

# USA v. Olhovsky

Precedential or Non-Precedential: Precedential

Docket No. 07-1642

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"USA v. Olhovsky" (2009). *2009 Decisions.* Paper 1427.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/1427

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No: 07-1642
_____

UNITED STATES OF AMERICA

v.

NICOLAU OLHOVSKY,
Appellant
_____

On Appeal from Judgments of Conviction and Sentence
in the United States District Court
for the District of New Jersey
District Judge: Hon. Stanley R. Chesler
(Crim. No. 06-cr-00263)
_____

Argued: March 26, 2008

Before: McKEE, RENDELL, and TASHIMA
Circuit Judges

_____

**ORDER AMENDING OPINION**

**IT IS HEREBY ORDERED** that the Opinion filed in this case on April

16, 2009, be amended as follows:

On page 6, immediately before the paragraph beginning
"Prior to sentencing, Olhovsky participated in mental health
counseling . . . ," insert the following sub-heading:

**A. Pretrial Counseling and Dr. Silverman's Letter**

BY THE COURT:

_____
/s/ Theodore A. McKee
CIRCUIT JUDGE

Dated: April 24, 2009